Jared D. MEYER, Respondent,

v.

Orlyn LOCKARD, Jr., MD.,
et al., Appellants.

No. WD 64761.

Missouri Court of Appeals,
Western District.

Nov. 22, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied
Feb. 28, 2006.

D. Bruce Keplinger, Overland Park, KS,
for appellants.

Joseph A. Morrey, St. Joseph, MO, Edward D. Robertson, Jr, Anthony L. Dewitt, Mary D. Winter, Co-Counsels, Jefferson City, MO, Co–Counsels for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Dr. Orlyn Lockard appeals the trial court's order denying his post-trial motion seeking judgment notwithstanding the verdict or a new trial.

For the reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).